SEALED

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-120-1D(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| BRIAN CARL SALTER | ) | |

The Grand Jury charges that:

Between on or about May, 2010, the exact date being unknown, and continuing until on or about June, 20~~19~~ 20 (SMS), the exact date being unknown, in the Eastern District of North Carolina, and elsewhere, BRIAN CARL SALTER, the defendant herein, being required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate commerce, did knowingly fail to register and update his registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE 6-24-20

ROBERT J. HIGDON, JR.
United States Attorney

By: BRYAN M. STEPHANY
Assistant United States Attorney
Criminal Division

1