# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:20-CR-120-D |
| Brian Carl Salter | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Terry Sanford Federal Building<br>310 New Bern Avenue<br>Raleigh, North Carolina | Courtroom No.: 6th Floor Courtroom |
|---|---|---|
| | | Date and Time: July 2, 2020 at 9:30 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 6/29/20

*Judge's signature*

ROBERT T. NUMBERS, II, US MAGISTRATE JUDGE
*Printed name and title*