# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH, NORTH CAROLINA

## THE HONORABLE JAMES C. DEVER III
## UNITED STATES DISTRICT JUDGE PRESIDING

==Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least five (5) business days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.==

## CRIMINAL SESSION COMMENCING ON
## MONDAY, FEBRUARY 8, 2021 AT 3:00 P.M.

**Please notify the Clerk's Office if an interpreter is required and has not been noted on the calendar.**

**MONDAY, FEBRUARY 8, 2021 AT 3:00 P.M.**
**APPEAL OF DETENTION HEARING AND ARRAIGNMENT**

| | |
|---|---|
| **HOLLOWAY JR.,** Jermaine Ali | 5:20-CR-461-1-D |
|     AUSA: David R. Fitzgerald | |
|     ATTY: David E. Wicclair | |

**TUESDAY, FEBRUARY 9, 2021 AT 9:00 A.M.**
**ARRAIGNMENT AND COMPETENCY HEARING**
**WEEKS,** Michael Tomario                                              5:19-CR-355-3-D
    AUSA: Laura S. Howard
    ATTY: Mary Jude Darrow

**TUESDAY, FEBRUARY 9, 2021 AT 9:00 A.M.**
**ARRAIGNMENT**
**WILKINS,** Robert Hughes                                              7:19-CR-100-1-D
    AUSA: Nick J. Miller
    ATTY: Damon Chetson

**TUESDAY, FEBRUARY 9, 2021 AT 10:00 A.M.**
**SENTENCING**
**ESCALANTE,** Salvador Ibarra                                          5:19-CR-220-1-D
*SPANISH INTERPRETER*
    AUSA: Sebastian Kielmanovich
    ATTY: Joseph L. Bell Jr.

**TUESDAY, FEBRUARY 9, 2021 AT 10:30 A.M.**
**SENTENCING**
**VALENCIA-TEPOZ,** Florentino                                          5:19-CR-220-3-D
*SPANISH INTERPRETER*
    AUSA: Sebastian Kielmanovich
    ATTY: Kelly Latham Greene/John H. Bennett

**TUESDAY, FEBRUARY 9, 2021 AT 11:00 A.M.**
**SENTENCING**
**REGALADO,** Hector Daneri                                             5:19-CR-499-1-D
*SPANISH INTERPRETER*
    AUSA: Sebastian Kielmanovich
    ATTY: William W. Webb Sr.

**TUESDAY, FEBRUARY 9, 2021 AT 11:30 A.M.**
**SENTENCING**
**CHAVEZ-MORENO,** Jorge Alberto                                        7:19-CR-148-1-D
*SPANISH INTERPRETER*
    AUSA: Gabriel J. Diaz
    ATTY: R. Andrew McCoppin/John H. Bennett

**TUESDAY, FEBRUARY 9, 2021 AT 12:00 P.M.**
**SENTENCING**
**SEALED DEFENDANT** 5:20-CR-7-1-D
      AUSA: Daniel W. Smith
      ATTY: Jennifer A. Dominguez

**WEDNESDAY, FEBRUARY 10, 2021 AT 9:00 A.M.**
**SENTENCING**
**COLEMAN III,** James Antwon                                4:18-CR-40-1-D
    AUSA: Robert J. Dodson
    ATTY: Lauren Harrell Brennan/James A. Martin

**WEDNESDAY, FEBRUARY 10, 2021 AT 9:30 A.M.**
**SENTENCING**
**DURANTE,** Joshua Jermaine                                4:20-CR-34-1-D
    AUSA: Robert J. Dodson
    ATTY: Kyana K. Givens

**WEDNESDAY, FEBRUARY 10, 2021 AT 10:00 A.M.**
**SENTENCING**
**HOWARD JR.,** Gregory Wade                                4:20-CR-40-1-D
    AUSA: John Alfred Parris
    ATTY: Lauren Harrell Brennan

**WEDNESDAY, FEBRUARY 10, 2021 AT 10:30 A.M.**
**SENTENCING**
**GREWAL,** Gurbir Singh                                5:18-CR-491-1-D
    AUSA: Scott A. Lemmon
    ATTY: Christian Dysart/Margarete Boyce/Geoffrey Willis

**WEDNESDAY, FEBRUARY 10, 2021 AT 11:00 A.M.**
**SENTENCING**
**EVANS,** Phillip Eugene                                5:19-CR-356-4-D
    AUSA: Laura S. Howard
    ATTY: Jerry Wayne Leonard

**WEDNESDAY, FEBRUARY 10, 2021 AT 11:30 A.M.**
**SENTENCING**
**WARING,** Tyler Ray                                5:19-CR-357-3-D
    AUSA: Laura S. Howard
    ATTY: H. P. Williams Jr.

**TUESDAY, FEBRUARY 16, 2021 AT 9:00 A.M.**
**SENTENCING**
**WAGNER-COOK,** Christy                                          5:19-CR-357-1-D
    AUSA: Laura S. Howard
    ATTY: Shepard D. O'Connell/Shana L. Fulton

**TUESDAY, FEBRUARY 16, 2021 AT 9:30 A.M.**
**SENTENCING**
**SALES,** Keshaun                                                5:19-CR-395-9-D
    AUSA: Kelly L. Sandling
    ATTY: Jorgelina E. Araneda

**TUESDAY, FEBRUARY 16, 2021 AT 10:00 A.M.**
**SENTENCING**
**YOUNG,** Demetrius Maurice                                      5:19-CR-485-1-D
    AUSA: Daniel W. Smith
    ATTY: David E. Wicclair

**TUESDAY, FEBRUARY 16, 2021 AT 10:30 A.M.**
**SENTENCING**
**CARROLL,** Troyvon Devontae                                     5:19-CR-493-1-D
    AUSA: Robert Dodson
    ATTY: Christian Dysart/Margarete Boyce/Geoffrey Willis

**TUESDAY, FEBRUARY 16, 2021 AT 11:00 A.M.**
**SENTENCING**
**RICHARDSON,** Darius Lamark                                     5:20-CR-106-1-D
    AUSA: Aakash Singh
    ATTY: H. Gerald Beaver

**TUESDAY, FEBRUARY 16, 2021 AT 11:30 A.M.**
**SENTENCING**
**CANNADY,** Brian Keith                                          5:20-CR-136-1-D
    AUSA: Kelly Sandling
    ATTY: Jonathan W. Trapp

**WEDNESDAY, FEBRUARY 17, 2021 AT 9:00 A.M.**
**SENTENCING**
**ODOM,** Nykeem Tayquan                                                5:20-CR-149-1-D
    AUSA: Kelly L. Sandling
    ATTY: Robert E. Waters

**WEDNESDAY, FEBRUARY 17, 2021 AT 9:30 A.M.**
**SENTENCING**
**WARD JR.,** Demetric Evan                                             5:20-CR-181-1-D
    AUSA: Scott A. Lemmon
    ATTY: Rosemary Godwin

**WEDNESDAY, FEBRUARY 17, 2021 AT 10:00 A.M.**
**SENTENCING**
**COZ,** Naythan Anthony                                                5:20-CR-221-1-D
    AUSA: Kelly L. Sandling
    ATTY: Joseph L. Bell Jr.

**WEDNESDAY, FEBRUARY 17, 2021 AT 10:30 A.M.**
**SENTENCING**
**HEYWARD,** Sharif Tajuan                                              5:20-CR-461-2-D
    AUSA: David R. Fitzgerald
    ATTY: Scott L. Wilkinson

**WEDNESDAY, FEBRUARY 17, 2021 AT 11:00 A.M.**
**SENTENCING**
**MARKS,** Jesse Gabriel                                                7:19-CR-127-1-D
    AUSA: Erin C. Blondel/Bryan M. Stephany
    ATTY: Rosemary Godwin/David E. Wicclair

**WEDNESDAY, FEBRUARY 17, 2021 AT 1:00 P.M.**
**SENTENCING**
**HANEY,** Victoria                                                     7:19-CR-173-4-D
    AUSA: Bradford Knott
    ATTY: Walter Hoytt Paramore III

**WEDNESDAY, FEBRUARY 17, 2021 AT 1:30 P.M.**
**SENTENCING**
**RAMOS,** Miguel Angel                                                 7:20-CR-12-1-D
    AUSA: F. Murphy Averitt III
    ATTY: Jim Melo

**WEDNESDAY, FEBRUARY 17, 2021 AT 2:00 P.M.**
**SENTENCING**
**RODRIGUEZ,** Joel Armando                                          7:20-CR-57-1-D
    AUSA: Scott Lemmon
    ATTY: Geoffrey W. Hosford

**WEDNESDAY, FEBRUARY 17, 2021 AT 2:30 P.M.**
**SENTENCING**
**SALTER,** Brian Carl                                               7:20-CR-120-1-D
    AUSA: Bryan M. Stephany
    ATTY: Joseph H. Craven

**WEDNESDAY, FEBRUARY 17, 2021 AT 3:00 P.M.**
**SENTENCING**
**ANDERSON,** Paige Michelle                                         7:20-CR-150-1-D
    AUSA: F. Murphy Averitt III
    ATTY: Diana Helene Pereira

Page 7 of 8

Case 7:20-cr-00120-D   Document 32   Filed 01/14/21   Page 7 of 8

**THURSDAY, FEBRUARY 18, 2020 AT 9:00 A.M.**
**REVOCATION OF SUPERVISED RELEASE**
**EDMONDSON,** Tremaine Martell                                            5:11-CR-8-2-D
    AUSA: Erin C. Blondel/Lucy Partain Brown
    ATTY: Cindy Bembry Johnson


**THURSDAY, FEBRUARY 18, 2020 AT 10:00 A.M.**
**REVOCATION OF SUPERVISED RELEASE**
**MITCHELL,** Elton Tyler                                                  5:18-CR-265-1-D
    AUSA: Scott A. Lemmon
    ATTY: Cindy Bembry Johnson