UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Brian Carl Salter**   Docket No. 7:20-CR-120-1D

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brian Carl Salter, who, upon an earlier plea of guilty to Failure to Register as a Sex Offender, in violation of 18 U.S.C. §§ 2250 and 2250(a), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 17, 2021, to the custody of the Bureau of Prisons for a term of 13 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Brian Carl Salter was released from custody on May 25, 2021, at which time the term of supervised release commenced.

On September 12, 2024, the defendant's motion for early termination of supervised release was denied.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 1, 2025, the defendant requested permission to obtain a smart phone. The defendant has been on supervised release since May 2021 without issue. He continues to participate in sex offender specific counseling and has passed every polygraph without concern. Based on his overall compliance with the conditions of supervised release, it is respectfully recommended that the conditions of supervised release be modified to include conditions that permit for installation of monitoring software on that device and for searches of that device if necessary.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. To ensure compliance with supervision, the defendant shall submit to unannounced searches of any computer or computer equipment (including mobile phones, tablets, and data storage devices) which may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

2. At the direction of the U.S. Probation Officer, the defendant shall consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant shall pay the costs of this monitoring.

3. The defendant shall not use, possess, or control any computer-based counter forensic tools. The defendant shall not use or have installed any programs specifically and solely designed to encrypt data, files, folders, or volumes of any media. The defendant shall, upon request, immediately provide the U.S. Probation Officer with any and all passwords required to access data compressed or encrypted for storage by any software.

Brian Carl Salter
Docket No. 7:20-CR-120-1D
Petition For Action
Page 2

4. The defendant shall not use, purchase, possess, procure, or otherwise obtain any computer or electronic device that can be linked to any computer networks, bulletin boards, internet, internet service providers, or exchange formats involving computers unless approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
Senior U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: October 3, 2025

## ORDER OF THE COURT

Considered and ordered this __3__ day of __October__, 2025, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge